People of State of Illinois, Plaintiff-Defendant in Error, v. Floyd Cavanaugh, Jr., Defendant-Plaintiff in Error.

Gen. No. 11,026.

Second District.
September 27, 1957.
Released for publication October 15, 1957.

Taylor E. Wilhelm and Fred P. Wagner, for appellant; Harland D. Warren, State's Attorney, for appellee. Opinion by PRESIDING JUSTICE DOVE. **Not to be published in full.**